```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
R.N.M., A MINOR UNDER THE AGE OF 18, BY :
HER MOTHER AND NATURAL GUARDIAN, :
EVELINA MEDINA-CRISOCOMO, :  1:20-cv-08162-GHW
and EVELINA MEDINA-CRISOCOMO, :
INDIVIDUALLY, :  ORDER
:
:
                                        Plaintiffs, :
:
            -against- :
:
:
CITY OF NEW YORK, THE NEW YORK CITY :
DEPARTMENT OF EDUCATION, CRYSTAL :
RODRIGUEZ and URBAN HEALTH PLAN, INC. :
:
:
                                        Defendants. :
:
-----------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      This action was removed from the Supreme Court of the State of New York, County of New York, on October 1, 2020.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than October 15, 2020.  Additionally, counsel for Plaintiffs is directed to promptly file a notice of appearance in this case.  Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated:  October 5, 2020
New York, New York
                                          GREGORY H. WOODS
                                        United States District Judge